BEFORE THE SECOND DIVISION, OCTOBER 10, 1939

**No. 42347.**—Protests 965668–G, etc., of American Import Co. et al.' (San Francisco).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of Abstract 40644 the claim at 30 percent under paragraph 1413 was sustained.

**No. 42348.**—Protest 974669–G of May Co. (Cleveland).

Opinion by KINCHELOE, J. It was not shown by the evidence that the fabrics from which the articles are made have fast edges not exceeding 12 inches in width, etc., under either paragraph 912 or 1015. On the record presented the protest was overruled.

**No. 42349.**—Protest 993298–G of Moller Products Corp. (New York).

Opinion by KINCHELOE, J. On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protest was sustained.

**No. 42350.**—Protest 726407–G of Bullocks, Inc. (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of powder boxes, desk sets consisting of inkstand, pen stand, blotting pad, blotting case corners, and dressing table bronze trays chiefly used in the kitchen or household for utilitarian purposes or hollow ware. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 42351.**—Protests 732639–G, etc., of Guth Stern & Co., Inc., et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel letter openers, hollow bottles, boxes, tooth brush holders, flasks, jars, and soap boxes were held dutiable as household utensils or hollow ware at 40 percent under paragraph 339 as claimed. *United States* v. *Friedlander* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), Abstract 41633, and *Viking Trading Co.* v. *United States* (C. D. 132) followed.